```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 19-02232-HWV
Mark A Joseph                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: PRadginsk     Page 1 of 1      Date Rcvd: Sep 30, 2019
                         Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
          +John D. Bolyard,    1783 Oakley Drive,   Dover, PA 17315-3863
          +Michelle L. Young,   1783 Oakley Drive,   Dover, PA 17315-3863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
            ##+Denise L. Picarelli,   1783 Oakley Drive,   Dover, PA 17315-3863
                                                                           TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          Atlas Acquisitions LLC    bk@atlasacq.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Michael S Travis    on behalf of Debtor 1 Mark A Joseph Mtravislaw@comcast.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mark A. Joseph <br> Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper <br> Movant <br> vs. | NO. 19-02232 HWV |
| Mark A. Joseph <br> Debtor | |
| John D. Bolyard <br> Michelle L. Young <br> Denise L. Picarelli <br> Co-Debtors | 11 U.S.C. Section 362 |
| Charles J. DeHart, III, Esquire <br> Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: September 30, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)