```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 19-02232-HWV
Mark A Joseph                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: PRadginsk         Page 1 of 1         Date Rcvd: Oct 18, 2019
                              Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
              +UTZ Quality Foods LLC,    900 High Street,    Hanover, PA 17331-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
               JSchwartz@mesterschwartz.com
              Michael S Travis    on behalf of Debtor 1 Mark A Joseph Mtravislaw@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

| IN RE: | : UNITED STATES BANKRUPTCY COURT |
| Mark A. Joseph, | : FOR THE MIDDLE DISTRICT OF |
| | : PENNSYLVANIA |
| | : |
| | : CHAPTER 13 |
| | : |
| **Debtor** | : NO. 1-19-02232 |

<u>ORDER</u>

AT HARRISBURG, in said District, this 16th day, of October, 2019,

Upon consideration of the above-named Debtor(s) having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court, the entity from who the Debtor, Mark A. Joseph, receives income:

UTZ Quality Foods, LLC
900 High Street
Hanover, PA 17311

shall deduct from said Debtor(s) income the sum of $ 2,000.00 each month beginning on the next payday following receipt of this Order and deduct a similar amount each month thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. You do not have to vary your pay cycle to be in compliance with this Order. If your pay cycle does not match the ordered payment cycle, use the following information to determine how much to withhold:

$   461.54 per weekly pay period.
$   923.08 per biweekly pay period (every two weeks).
$ 1,000.00 per semimonthly pay period (twice a month).
$ 2,000.00 per monthly pay period.

Remit the deductible sum to:

CHAPTER 13 TRUSTEE
P.O. BOX 7005
LANCASTER, PA 17604

IT IS FURTHER ORDERED that the employer from whom the Debtor(s) receive income shall notify the Trustee if the Debtor(s) income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor(s) except the amounts required to be withheld for taxes, social security, insurance, pension or union dues be paid to the Debtor in accordance with the usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order five (5) years from the date of this Order, if it is not terminated by an earlier Order from this Court.

Dated:  October 18, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)