**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| MARK A. JOSEPH ) | |
| ) | CASE NO. 1:19-bk-02232-HWV |
| Debtor ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) | |
| WESTLAKE FINANCIAL SERVICES ) | |
| ) | **Nature of Proceeding:** |
| Movant ) | Motion for Relief from |
| vs. ) | Automatic Stay |
| ) | |
| MARK A. JOSEPH, Debtor and ) | |
| MICHELLE L. YOUNG, Codebtor, ) | |
| Respondents ) | |
| and ) | |
| CHARLES J. DEHART, III ) | |
| Trustee ) | |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

___  The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

_X_  The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

      _X_  Thirty (30) days.
      ___  Forty-five (45) days.
      ___  Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 27, 2019              /s/ Jason Brett Schwartz
                                                            Jason Brett Schwartz, Esquire
                                                            Attorney for Westlake Financial Services