```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                         Case No. 19-02232-HWV
Mark A Joseph                                                  Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: PamelaRad         Page 1 of 1            Date Rcvd: Nov 12, 2019
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
          +Michelle L. Young,    1783 Oakley Drive,    Dover, PA 17315-3863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          Atlas Acquisitions LLC    bk@atlasacq.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
           JSchwartz@mesterschwartz.com
          Michael S Travis    on behalf of Debtor 1 Mark A Joseph Mtravislaw@comcast.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARK A JOSEPH, | ) | |
|           Debtor | ) | |
| | ) | |
| WESTLAKE FINANCIAL SERVICES, | ) | CASE NO.: 1:19-bk-02232-HWV |
|           Movant | ) | |
| vs. | ) | |
| | ) | |
| MARK A JOSEPH, Debtor and | ) | **LOCATION:** |
| MICHELLE L YOUNG, Codebtor | ) | U.S. Bankruptcy Court |
| | ) | Middle District of Pennsylvania |
|           Respondents | ) | Ronald Reagan Federal Building |
| and | ) | 228 Walnut Street |
| CHARLES J. DEHART, III | ) | Harrisburg, PA 17101 |
|           Trustee | ) | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation filed on November 11, 2019, regarding the above referenced matter is approved.

Dated: November 12, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)