LOCAL BANKRUPTCY FORM 5071-1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARK A JOSEPH, | ) | |
| Debtor | ) | |
| | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| WESTLAKE FINANCIAL SERVICES, | ) | CASE NO.: 1:19-bk-02232-HWV |
| Movant | ) | |
| vs. | ) | **Nature of Proceeding**: |
| | ) | Certification of Default |
| | ) | |
| MARK A JOSEPH, Debtor and | ) | |
| MICHELLE L YOUNG, Codebtor | ) | |
| | ) | |
| Respondents | ) | |
| and | ) | |
| CHARLES J. DEHART, III | ) | |
| Trustee | ) | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Parties are attempting to track down payments that debtor claims to have forwarded to creditor.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:   June 19, 2020                               /s/ Jason Brett Schwartz
                                                    Attorney for Movant
                                                    Jason Brett Schwartz, Esquire
                                                    I.D. No.: 92009
                                                    (267) 909-9036

_ No alterations or interlineations of this document are permitted
_ If this is not a first request for continuance, then a Motion for Continuance must be filed.