IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARK A JOSEPH, | ) | |
|     Debtor | ) | |
| | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| WESTLAKE FINANCIAL SERVICES, | ) | CASE NO.: 1:19-bk-02232-HWV |
|     Movant | ) | |
|     vs. | ) | |
| | ) | |
| | ) | |
| MARK A JOSEPH, Debtor and | ) | **LOCATION:** |
| MICHELLE L YOUNG, Codebtor | ) | U.S. Bankruptcy Court |
| | ) | Middle District of Pennsylvania |
|     Respondents | ) | Ronald Reagan Federal Building |
|     and | ) | 228 Walnut Street |
| CHARLES J. DEHART, III | ) | Harrisburg, PA 17101 |
|     Trustee | ) | |

## **CERTIFICATE OF SERVICE**

I certify that on August 14, 2020, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available otherwise by regular first class mail:

**DEBTOR:**
Mark A. Joseph
1783 Oakley Drive
Dover, PA 17315

**CODEBTOR**
Michelle L. Young
1783 Oakley Drive
Dover, PA 17315

**DEBTOR'S COUNSEL**
Michael S. Travis
3904 Trindle Road
Camp Hill, PA 17011

**CHAPTER 13 TRUSTEE:**
Charles J. DeHart, III
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**U.S. TRUSTEE**
Office of the U.S. Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

    /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire