```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 19-02232-HWV
Mark A Joseph                                                     Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke          Page 1 of 1              Date Rcvd: Sep 15, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
        +Michelle L Young,    1783 Oakley Drive,    Dover, PA 17315-3863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                               Signature:   /s/Joseph Speetjens

---

                     **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
               JSchwartz@mesterschwartz.com
              Michael S Travis    on behalf of Debtor 1 Mark A Joseph Mtravislaw@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARK A JOSEPH, | ) | |
| Debtor | ) | |
| | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| WESTLAKE FINANCIAL SERVICES, | ) | CASE NO.: 1:19-bk-02232-HWV |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| MARK A JOSEPH, Debtor and | ) | **LOCATION:** |
| MICHELLE L YOUNG, Codebtor | ) | U.S. Bankruptcy Court |
| | ) | Middle District of Pennsylvania |
| Respondents | ) | Ronald Reagan Federal Building |
| and | ) | 228 Walnut Street |
| CHARLES J. DEHART, III | ) | Harrisburg, PA 17101 |
| Trustee) | | |

## ORDER

In consideration of the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that relief from the automatic stay and codebtor stay is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2018 HYUNDAI Santa Fe-4 Cyl. Utility 4D Sport AWD, V.I.N. 5NMZTDLB5JH073949) and is hereby permitted to liquidate the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

The stay of the Order as provided under Rule 4001 (a) (3), F.R.B.P. is hereby waived.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter of the Bankruptcy Code.

Dated: September 15, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MK)