In re:                                                              Case No. 19-02232-HWV

Mark A Joseph                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Jul 01, 2024                 Form ID: pdf010                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

**Recip ID               Recipient Name and Address**
    +  UTZ Quality Foods, LLC, Attn: Payroll Dept., 900 High Street, Hanover, PA 17331-1639

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024                 Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com  cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |

Michael S Travis

    on behalf of Debtor 1 Mark A Joseph travisattorney@protonmail.com

Robert Patrick Wendt

    on behalf of Creditor Nationstar Mortgage LLC LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                        )
Mark Allen Joseph,                            ) CHAPTER 13
                                              )
        Debtor                                ) CASE NO. 1-19-02232

ORDER

Upon consideration of the Motion to Terminate Wage Attachment Order, Doc. 103, and

the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and

having submitted all future income to the jurisdiction of this Court in accordance with statute,

and whereas payments are complete, it is

**ORDERED** that the entity from which the Debtor, Mark Allen Joseph, SSN xxx-xx-4234

receives income:

UTZ Quality Foods, Inc Attn: Payroll Dept., 900 High Street  Hanover, PA 17311, is

**TERMINATED.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 1, 2024