Re: Mark A Joseph

Case No.:1-19-02232HWV

Chapter 13

**Debtor(s)**

# NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 8007 |
| Property Address if applicable: | 1783 Oakley Dr |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $22,848.37 |
| b. | Prepetition arrearages paid by the trustee: | $22,848.37 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $6,666.96 |
| f. | Postpetition arrearage paid by the trustee: | $6,666.96 |
| g. | Total b, d, and f: | $29,515.33 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

| | |
|---|---|
| Mortgage was paid through the Trustee from October 2019 through July 2024 | |
| Current monthly mortgage payment: | $1,201.51 |
| The next post-petition payment is due on: | August 2024 |

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are

current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: July 12, 2024 Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Mark A Joseph

Case No.:1-19-02232HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 12, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Michael S Travis, Esquire
3904 Trindle Rd
Camp Hill PA 17011


**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Mark A Joseph
1783 Oakley Dr
Dover PA 17315


I certify under penalty of perjury that the foregoing is true and correct.

Date: July 12, 2024   /s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-02232     **MARK A JOSEPH**

**NATIONSTAR MORTGAGE,LLC**
PO BOX 619094

DALLAS, TX  75261-9741

**Acct No:** 8007

**Sequence:** 07
**Modify:**
**Filed Date:**
**Hold Code:**

|  | Debt: | $67,352.93 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: $1,201.51 | Paid: | $67,352.93 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5010** | **NATIONSTAR MORTGAGE,LLC** | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/10/2024 | 2038287 | $1,201.51 | $0.00 | $1,201.51 | |
| | | | | | | | Payment for 7/2024 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/18/2024 | 2037463 | $1,196.70 | $0.00 | $1,196.70 | 06/28/2024 |
| | | | | | | | Payment for 6/2024 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/22/2024 | 2036554 | $1,196.70 | $0.00 | $1,196.70 | 06/03/2024 |
| | | | | | | | Payment for 5/2024 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/17/2024 | 2035548 | $1,196.70 | $0.00 | $1,196.70 | 04/25/2024 |
| | | | | | | | Payment for 4/2024 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/14/2024 | 2034584 | $1,196.70 | $0.00 | $1,196.70 | 03/27/2024 |
| | | | | | | | Payment for 3/2024 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/14/2024 | 2033622 | $1,196.70 | $0.00 | $1,196.70 | 02/28/2024 |
| | | | | | | | Payment for 2/2024 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/12/2024 | 2032701 | $1,196.70 | $0.00 | $1,196.70 | 01/24/2024 |
| | | | | | | | Payment for 1/2024 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/19/2023 | 2031798 | $1,196.70 | $0.00 | $1,196.70 | 01/03/2024 |
| | | | | | | | Payment for 12/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/15/2023 | 2030841 | $1,196.70 | $0.00 | $1,196.70 | 11/29/2023 |
| | | | | | | | Payment for 11/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/18/2023 | 2029892 | $1,196.70 | $0.00 | $1,196.70 | 11/01/2023 |
| | | | | | | | Payment for 10/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/19/2023 | 2028905 | $1,196.70 | $0.00 | $1,196.70 | 09/29/2023 |
| | | | | | | | Payment for 9/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/09/2023 | 2027884 | $1,196.70 | $0.00 | $1,196.70 | 08/17/2023 |
| | | | | | | | Payment for 8/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/11/2023 | 2026906 | $1,196.70 | $0.00 | $1,196.70 | 07/20/2023 |
| | | | | | | | Payment for 7/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/13/2023 | 2025988 | $1,178.35 | $0.00 | $1,178.35 | 06/23/2023 |
| | | | | | | | Payment for 6/2023 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/16/2023 | 2025046 | $1,178.35 | $0.00 | $1,178.35 | 05/26/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/18/2023 | 2024029 | $1,178.35 | $0.00 | $1,178.35 | 04/28/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/15/2023 | 2023007 | $1,178.35 | $0.00 | $1,178.35 | 03/24/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/15/2023 | 2021996 | $1,178.35 | $0.00 | $1,178.35 | 02/24/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/18/2023 | 2020997 | $1,178.35 | $0.00 | $1,178.35 | 01/26/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/13/2022 | 2019996 | $1,178.35 | $0.00 | $1,178.35 | 12/22/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/16/2022 | 2019046 | $1,178.35 | $0.00 | $1,178.35 | 12/09/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/18/2022 | 2018003 | $1,178.35 | $0.00 | $1,178.35 | 10/27/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/13/2022 | 2016948 | $1,178.35 | $0.00 | $1,178.35 | 09/22/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/17/2022 | 2015924 | $1,178.35 | $0.00 | $1,178.35 | 08/25/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/13/2022 | 2014862 | $1,178.35 | $0.00 | $1,178.35 | 07/21/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/14/2022 | 2013897 | $1,188.87 | $0.00 | $1,188.87 | 06/24/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/17/2022 | 2012858 | $1,188.87 | $0.00 | $1,188.87 | 05/25/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/12/2022 | 2011784 | $1,188.87 | $0.00 | $1,188.87 | 04/21/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/16/2022 | 2010766 | $1,188.87 | $0.00 | $1,188.87 | 03/24/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/16/2022 | 2009783 | $1,188.87 | $0.00 | $1,188.87 | 02/28/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/19/2022 | 2008803 | $1,188.87 | $0.00 | $1,188.87 | 02/01/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/15/2021 | 2007796 | $1,188.87 | $0.00 | $1,188.87 | 12/24/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/16/2021 | 2006770 | $1,188.87 | $0.00 | $1,188.87 | 11/24/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/14/2021 | 2005742 | $1,188.87 | $0.00 | $1,188.87 | 10/21/2021 |
| | | | | | | | Payment for 9/2021 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/14/2021 | 2005742 | $1,188.87 | $0.00 | $1,188.87 | 10/21/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/18/2021 | 2003689 | $1,188.87 | $0.00 | $1,188.87 | 09/03/2021 |
| | | | | | Payment for 8/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/14/2021 | 2002622 | $1,188.87 | $0.00 | $1,188.87 | 07/22/2021 |
| | | | | | Payment for 7/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/16/2021 | 2001643 | $1,178.90 | $0.00 | $1,178.90 | 06/24/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/18/2021 | 2000632 | $1,178.90 | $0.00 | $1,178.90 | 05/28/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/15/2021 | 1229258 | $1,178.90 | $0.00 | $1,178.90 | 04/23/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/17/2021 | 1228239 | $1,178.90 | $0.00 | $1,178.90 | 03/26/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/17/2021 | 1227224 | $1,178.90 | $0.00 | $1,178.90 | 03/01/2021 |
| | | | | | Payment for 1/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/17/2021 | 1227224 | $1,178.90 | $0.00 | $1,178.90 | 03/01/2021 |
| | | | | | Payment for 2/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/10/2020 | 1224418 | $1,178.90 | $0.00 | $1,178.90 | 12/17/2020 |
| | | | | | Payment for 12/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/10/2020 | 1224418 | $1,178.90 | $0.00 | $1,178.90 | 12/17/2020 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/15/2020 | 1222650 | $1,178.90 | $0.00 | $1,178.90 | 10/23/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/17/2020 | 1221653 | $1,178.90 | $0.00 | $1,178.90 | 09/24/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/12/2020 | 1220592 | $1,178.90 | $0.00 | $1,178.90 | 08/19/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/07/2020 | 1219554 | $1,178.90 | $0.00 | $1,178.90 | 07/20/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/02/2020 | 1218523 | $1,178.90 | $0.00 | $1,178.90 | 06/12/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/06/2020 | 1217556 | $1,151.24 | $0.00 | $1,151.24 | 05/15/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/06/2020 | 1217556 | $1,151.24 | $0.00 | $1,151.24 | 05/15/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/14/2020 | 1216515 | $1,151.24 | $0.00 | $1,151.24 | 04/23/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/12/2020 | 1215233 | $1,151.24 | $0.00 | $1,151.24 | 03/19/2020 |
| | | | | | Payment for 1/2020 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/13/2020 | 1213919 | $1,151.24 | $0.00 | $1,151.24 | 02/21/2020 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/16/2020 | 1212567 | $1,151.24 | $0.00 | $1,151.24 | 01/27/2020 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/12/2019 | 1211208 | $1,151.24 | $0.00 | $1,151.24 | 12/19/2019 |
| | | | | | Payment for 10/2019 | | | |
| | | | | Sub-totals: | $67,352.93 | $0.00 | $67,352.93 | |
| | | | | Grand Total: | $67,352.93 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-02232  **MARK A JOSEPH**

**NATIONSTAR MORTGAGE**
PO BOX 619094
DALLAS, TX  75261-9741

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 1783 Oakley - POST-ARREARS

ARREARS - 1783 OAKLEY DRIVE   2ND AP   04/20 AMENDED POC   04/20 AMENDED POC WITHDRAWN

|                | Amt Sched: | $0.00 | Debt: | $6,666.96 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|                | Amt Due:   | $0.00 | Paid: | $6,666.96 | Accrued Int:   | $0.00 |
|                |            |       |       |           | Balance Due:   | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5210** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 521-0 | NATIONSTAR MORTGAGE | | 02/14/2024 | 2033617 | $3.08 | $0.00 | $3.08 | 02/28/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 01/12/2024 | 2032695 | $33.89 | $0.00 | $33.89 | 01/24/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 12/19/2023 | 2031792 | $225.48 | $0.00 | $225.48 | 01/03/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 11/15/2023 | 2030835 | $129.69 | $0.00 | $129.69 | 11/29/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 10/18/2023 | 2029886 | $149.67 | $0.00 | $149.67 | 11/01/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 09/19/2023 | 2028900 | $250.46 | $0.00 | $250.46 | 09/29/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 08/09/2023 | 2027879 | $250.47 | $0.00 | $250.47 | 08/17/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 07/11/2023 | 2026900 | $149.67 | $0.00 | $149.67 | 07/20/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 06/13/2023 | 2025983 | $137.73 | $0.00 | $137.73 | 06/23/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 05/16/2023 | 2025040 | $137.73 | $0.00 | $137.73 | 05/26/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 04/18/2023 | 2024023 | $137.73 | $0.00 | $137.73 | 04/28/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 03/15/2023 | 2023001 | $234.57 | $0.00 | $234.57 | 03/24/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 02/15/2023 | 2021990 | $137.73 | $0.00 | $137.73 | 02/24/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 01/18/2023 | 2020989 | $234.57 | $0.00 | $234.57 | 01/26/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 521-0 | NATIONSTAR MORTGAGE | | 12/13/2022 | 2019989 | $137.73 | $0.00 | $137.73 | 12/22/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 11/16/2022 | 2019038 | $137.73 | $0.00 | $137.73 | 12/14/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 10/18/2022 | 2017995 | $261.13 | $0.00 | $261.13 | 10/27/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 09/13/2022 | 2016941 | $158.97 | $0.00 | $158.97 | 09/22/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 08/17/2022 | 2015916 | $158.97 | $0.00 | $158.97 | 08/25/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 07/13/2022 | 2014855 | $225.73 | $0.00 | $225.73 | 07/21/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 06/14/2022 | 2013891 | $128.42 | $0.00 | $128.42 | 06/24/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 05/17/2022 | 2012851 | $223.50 | $0.00 | $223.50 | 05/25/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 04/12/2022 | 2011777 | $128.42 | $0.00 | $128.42 | 04/21/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 03/16/2022 | 2010760 | $128.43 | $0.00 | $128.43 | 03/24/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 02/16/2022 | 2009777 | $128.43 | $0.00 | $128.43 | 02/28/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 01/19/2022 | 2008798 | $223.49 | $0.00 | $223.49 | 02/01/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 12/15/2021 | 2007792 | $128.43 | $0.00 | $128.43 | 12/24/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 11/16/2021 | 2006765 | $128.43 | $0.00 | $128.43 | 11/24/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 10/14/2021 | 2005737 | $83.58 | $0.00 | $83.58 | 10/21/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 08/18/2021 | 2003684 | $335.43 | $0.00 | $335.43 | 09/03/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 07/14/2021 | 2002616 | $41.79 | $0.00 | $41.79 | 07/23/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 06/16/2021 | 2001639 | $239.67 | $0.00 | $239.67 | 06/24/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 05/18/2021 | 2000628 | $132.40 | $0.00 | $132.40 | 05/28/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 04/15/2021 | 1229254 | $224.05 | $0.00 | $224.05 | 04/23/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | NATIONSTAR MORTGAGE | | 03/17/2021 | 1228235 | $129.28 | $0.00 | $129.28 | 03/26/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 02/17/2021 | 1227220 | $353.32 | $0.00 | $353.32 | 03/01/2021 |
| 521-0 | NATIONSTAR MORTGAGE | | 12/10/2020 | 1224413 | $261.10 | $0.00 | $261.10 | 12/17/2020 |
| 521-0 | NATIONSTAR MORTGAGE | | 10/15/2020 | 1222646 | $161.91 | $0.00 | $161.91 | 10/23/2020 |
| 521-0 | NATIONSTAR MORTGAGE | | 09/17/2020 | 1221649 | $194.15 | $0.00 | $194.15 | 09/24/2020 |
| | | | | Sub-totals: | $6,666.96 | $0.00 | $6,666.96 | |
| | | | | Grand Total: | $6,666.96 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-02232    **MARK A JOSEPH**

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX  75261-9741

**Acct No:** 1783 Oakley - PRE-ARREARS -
ARREARS - 1783 OAKLEY DRIVE

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

|  |  |  |
|---|---|---|
| **Debt:** $22,848.37 | **Interest Paid:** | $0.00 |
| **Amt Sched:** $0.00 | **Accrued Int:** | $0.00 |
| **Amt Due:** $0.00 | **Balance Due:** | $0.00 |
| **Paid:** $22,848.37 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 02/14/2024 | 2033617 | $10.57 | $0.00 | $10.57 | 02/28/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/12/2024 | 2032695 | $116.13 | $0.00 | $116.13 | 01/24/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/19/2023 | 2031792 | $772.74 | $0.00 | $772.74 | 01/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/15/2023 | 2030835 | $444.44 | $0.00 | $444.44 | 11/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2023 | 2029886 | $512.94 | $0.00 | $512.94 | 11/01/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/19/2023 | 2028900 | $858.38 | $0.00 | $858.38 | 09/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/09/2023 | 2027879 | $858.38 | $0.00 | $858.38 | 08/17/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/11/2023 | 2026900 | $512.93 | $0.00 | $512.93 | 07/20/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/13/2023 | 2025983 | $472.02 | $0.00 | $472.02 | 06/23/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/16/2023 | 2025040 | $472.02 | $0.00 | $472.02 | 05/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/18/2023 | 2024023 | $472.02 | $0.00 | $472.02 | 04/28/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/15/2023 | 2023001 | $803.89 | $0.00 | $803.89 | 03/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/15/2023 | 2021990 | $472.01 | $0.00 | $472.01 | 02/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/18/2023 | 2020989 | $803.89 | $0.00 | $803.89 | 01/26/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | NATIONSTAR MORTGAGE | | 12/13/2022 | 2019989 | $472.02 | $0.00 | $472.02 | 12/22/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/16/2022 | 2019038 | $472.02 | $0.00 | $472.02 | 12/14/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2022 | 2017995 | $894.89 | $0.00 | $894.89 | 10/27/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/13/2022 | 2016941 | $544.82 | $0.00 | $544.82 | 09/22/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/17/2022 | 2015916 | $544.82 | $0.00 | $544.82 | 08/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/13/2022 | 2014855 | $773.59 | $0.00 | $773.59 | 07/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/14/2022 | 2013891 | $440.12 | $0.00 | $440.12 | 06/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/17/2022 | 2012851 | $765.95 | $0.00 | $765.95 | 05/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/12/2022 | 2011777 | $440.13 | $0.00 | $440.13 | 04/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/16/2022 | 2010760 | $440.13 | $0.00 | $440.13 | 03/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/16/2022 | 2009777 | $440.13 | $0.00 | $440.13 | 02/28/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/19/2022 | 2008798 | $765.94 | $0.00 | $765.94 | 02/01/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/15/2021 | 2007792 | $440.14 | $0.00 | $440.14 | 12/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/16/2021 | 2006765 | $440.12 | $0.00 | $440.12 | 11/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/14/2021 | 2005737 | $286.45 | $0.00 | $286.45 | 10/21/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/18/2021 | 2003684 | $1,149.56 | $0.00 | $1,149.56 | 09/03/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/14/2021 | 2002616 | $143.23 | $0.00 | $143.23 | 07/23/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/16/2021 | 2001639 | $821.34 | $0.00 | $821.34 | 06/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/18/2021 | 2000628 | $453.78 | $0.00 | $453.78 | 05/28/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/15/2021 | 1229254 | $767.81 | $0.00 | $767.81 | 04/23/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NATIONSTAR MORTGAGE | | 03/17/2021 | 1228235 | $443.07 | $0.00 | $443.07 | 03/26/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/17/2021 | 1227220 | $1,210.89 | $0.00 | $1,210.89 | 03/01/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/10/2020 | 1224413 | $894.79 | $0.00 | $894.79 | 12/17/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/15/2020 | 1222646 | $554.89 | $0.00 | $554.89 | 10/23/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/17/2020 | 1221649 | $665.38 | $0.00 | $665.38 | 09/24/2020 |

Sub-totals: $22,848.37 $0.00 $22,848.37

Grand Total: $22,848.37 $0.00