UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Mark A. Joseph,<br>  Debtor,<br>Jack N. Zaharopoulos,<br>  Movant,<br>vs.<br>Nationstar Mortgage LLC,<br>  Respondent. | Case No.: 19-02232-hwv<br><br>Chapter 13 |

**RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 2) PREPETITION ARREARAGE HAS BEEN PAID IN FULL**

TO: THE CLERK, U.S. BANKRUPTCY COURT:

 In response to the Notice that Mortgage Claim (Court Claim No. 5) Prepetition arrearage has been paid in full, filed on July 12, 2024, Nationstar Mortgage LLC hereby declares that, as of July 23, 2024, the account has been brought current and is due for the October 1, 2024 payment.

Date: July 24, 2024             Respectfully submitted,

                    /s/ *Robert Wendt*, Esquire
                    By: Robert Wendt, Esquire
                    rwendt@leopoldassociates.com
                    Attorney ID No. 89150
                    Leopold & Associates, PLLC
                    275 Curry Hollow Road, Building 1
                    Suite 280
                    Pittsburgh, PA 15236
                    (914)-219-5787 x490
                    Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Case No.: 19-02232-hwv |
|---|---|
| Mark A. Joseph, | |
| Debtor, | Chapter 13 |
| Jack N. Zaharopoulos, | |
| Movant, | |
| vs. | |
| Nationstar Mortgage LLC, | |
| Respondent. | |

**CERTIFICATE OF SERVICE**

I, Robert Wendt, attorney for Creditor, do hereby certify that true and correct copies of the foregoing **RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 5) PREPETITION ARREARAGE HAS BEEN PAID IN FULL** has been served on July 24, 2024, by first class mail, and/or electronic means upon those listed below:

Mark A. Joseph
Debtor
1783 Oakley Drive
Dover, PA 17315

Michael S. Travis, Esq.
Attorney for Debtor
3904 Trindle Road
Camp Hill, PA 17011

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Continued on next page

Asst. U.S. Trustee
Office of the United States Trustee
US Courthouse
1501 N. 6th Str.
Harrisburg, PA 17102

Date: July 24, 2024

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
275 Curry Hollow Road, Building 1
Suite 280
Pittsburgh, PA 15236
(914)-219-5787 x490
Attorney for Creditor