United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                        Case No. 19-02232-HWV

Mark A Joseph                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                            Page 1 of 2

Date Rcvd: Sep 12, 2024                     Form ID: fnldecnd                        Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A Joseph, 1783 Oakley Drive, Dover, PA 17315-3863 |
| aty | + | Jason Brett Schwartz, Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, PA 19130-2085 |
| 5223198 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 5202374 | + | Columbia, PO Box 742537, Cincinatti, OH 45271-0001 |
| 5202376 | + | Denise Picarelli, 4812 Zeiglers Church Rd, Spring Grove, PA 17362-7578 |
| 5202377 | + | Dover Township, 2480 W Canal Road, Dover, PA 17315-3499 |
| 5202379 | + | John Bolyard, 1783 Oakley Drive, Dover, PA 17315-3863 |
| 5202380 | + | Joseph Foley Esquire, MCCABE WEISBERG CONWAY, 123 South Broad Street Suite 1400, Philadephia, PA 19109-1060 |
| 5202381 | + | Michelle Young, 1783 Oakley Drive, Dover, PA 17315-3863 |
| 5203911 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5202382 | + | Pacific Union Financial LLC, 1601 LBJ Freeway Suite 500, Farmers Branch, TX 75234-6512 |
| 5215554 | + | Westlake Services, LLC dba Westlake Financial Serv, 4751 Wilshire Blvd # 100, Los Angeles, CA 90010-3847 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2024 18:50:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5217815 | | Email/Text: bnc@atlasacq.com | Sep 12 2024 18:41:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5202373 | + | Email/Text: famc-bk@1stassociates.com | Sep 12 2024 18:41:00 | Bank of Missouri, (Total Card), 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5202375 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 12 2024 18:40:00 | Credit Acceptance, PO Box 551888, Detroit, MI 48255-1888 |
| 5202378 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 12 2024 18:51:02 | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5222476 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2024 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5202591 | ^ | MEBN | Sep 12 2024 18:42:00 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5212746 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2024 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5221166 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Michael S Travis | on behalf of Debtor 1 Mark A Joseph travisattorney@protonmail.com |
| Robert Patrick Wendt | on behalf of Creditor Nationstar Mortgage LLC LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Mark A Joseph, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19−bk−02232−HWV |

Social Security No.:
  xxx−xx−4234

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Mark A Joseph** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 12, 2024

**fnldec** (01/22)